# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

144524

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BERNARD BENEDICT BOLOGNA,
    Defendant-Appellant.

SC: 144524
COA: 305728
Oakland CC: 1997-151219-FH
           1997-152215-FH

_____/

    On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

    CAVANAGH, J., would grant leave to appeal.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

              Clerk